# Exhibit 2

| | | |
|---|---|---|
| THE PLASTIC SURGERY CENTER, P.A. | Plaintiff | 20240103113803 |
| vs | | Superior Court Of New Jersey |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, ET AL | Defendant | MONMOUTH Venue |
| | | Docket Number: MON L 2911 23 |

**Person to be served** (Name and Address):
CIGNA HEALTH AND LIFE INSURANCE COMPANY
44 WHIPPANY ROAD, #2
MORRISTOWN  NJ  07960
**By serving:** CIGNA HEALTH AND LIFE INSURANCE COMPANY

**Attorney:** KYLE R. TOGNAN, ESQ.

**Papers Served:** SUMMONS AND AMENDED COMPLAINT, CIS, DEMAND

**Service Data:**    [X] Served Successfully    [ ] Not Served

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Date/Time:    1/5/2024 12:27 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

DOMINICK FALVONI

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

5th day of January, 2024

Notary Signature _____
Rosemary Ramos         September 25th, 2028
Name of Notary          My Commission Expires



I, LOUIS LISI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____      01/05/2024
Signature of Process Server      Date

Name of Private Server: LOUIS LISI  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952