# Exhibit 3

# CIGNA HEALTH AND LIFE INSURANCE COMPANY    ACTIVE

No information provided

**BUSINESS DETAILS**

## Business Details

### General Information

**Business Name**
CIGNA HEALTH AND LIFE INSURANCE COMPANY

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
No information provided

**Annual report due**

**NAICS code**

**Business ALEI**
0991480

**Date formed**
3/5/2010

**Business type**
Insurance Stock

**Mailing address**

**Last report filed**

**NAICS sub code**

### Principal Details

None

### Agent details

None

| Filing History | ^ |
| --- | --- |

| | |
| --- | --- |
| [(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000003m9it/uqioBfXM_C4CKuGC2barIJuQWlUBMotNAI9Me9dqYng)](#)<br><br>Volume Type<br>B<br><br>Volume<br>1357<br><br>Start page<br>3389<br><br>Pages<br>1<br><br>Date generated<br>12/28/2009<br><br>Digital copy<br>View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000003m9it/uqioBfXM_C4CKuGC2barIJuQWlUBMotNAI9Me9dqYng) | **Name Reservation - Reservation of Name**<br>**0004071756**<br>Filing date: 12/28/2009  Filing time: |
| [(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000031MI6/eejnmosF9po5Y3zwmdDeWqAxp9MgZJvdb0A3vwgYzrg)](#)<br><br>Volume Type<br>B<br><br>Volume<br>1379<br><br>Start page<br>2807<br><br>Pages<br>30<br><br>Date generated<br>3/5/2010<br><br>Digital copy<br>View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000031MI6/eejnmosF9po5Y3zwmdDeWqAxp9MgZJvdb0A3vwgYzrg) | **Domestication - Certificate of Redomestication**<br>**0004114403**<br>Filing date: 3/5/2010  Filing time:  View details |

## Name History

None

## Shares

**2000000 total shares**

Shares Class: COMMON
**2000000 Shares**
Value per share: $2